IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MANUEL ROMERO-GERMAN,

                  Petitioner,

      v.

CAROL HOLINKA,

                  Respondent.

ORDER

09-cv-44-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This is a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. Petitioner, a prisoner at the Federal Correctional Institution in Oxford, Wisconsin, originally filed this case in the Eastern District of Wisconsin.  On petitioner's motion, the action was transferred to this court by order of Magistrate Judge Aaron Goodstein on January 20, 2009. Petitioner has not paid the $5 fee for filing his petition.  In a letter petitioner submitted in the Eastern District on January 20, 2009, petitioner says that he intends to pay the $5 fee and that it will be "sent to the clerk of court in Madison."  This court has not received petitioner's payment.  In order to keep this case on track, I will set a deadline of February 19, 2009 for petitioner to pay the fee.  If petitioner fails to pay the fee by that date, his case will be closed.

1

ORDER

IT IS ORDERED that petitioner may have until February 19, 2009, in which to submit a check or money order made payable to the clerk of court in the amount of $5 to cover the fee for filing his petition. If, by February 19, 2009, petitioner fails to pay the fee or show cause why he is unable to do so, then the clerk of court is directed to close this file for petitioner's failure to prosecute.

Entered this 28th day of January, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2